In the Matter of the Accounting of FRIEDA HINSCH et al., as Executors of LOUISE DIEHL, Deceased, Appellants.

### CHRISTINE M. ROHRBAUGH, Respondent.

*Decedent's estate — alleged contract of decedent to bequeath sum of money to claimant in consideration of services to be rendered — sufficiency of evidence to sustain claim.*

*Matter of Hinsch,* 209 App. Div. 828, affirmed.

(Argued September 30, 1924; decided October 14, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1924, which affirmed a decree of the Kings County Surrogate's Court allowing a claim against the estate of Louise Diehl, deceased. The issue involved arose upon the respondent's claim that the decedent agreed that, in consideration of the respondent's promises to live with her and to render services as housekeeper and nurse, she, the decedent, would, by will, provide for the payment to the respondent of $25,000. The sole question was as to whether there was any evidence to support the decree of the surrogate.

*Alden S. Crane* for appellants.

*Herbert T. Ketcham* and *Benjamin Eisler* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JULES MAES & Co., INC., Appellant and Respondent, *v.* W. R. GRACE & Co., Respondent and Appellant.

*Contract — sale — action to recover the purchase price of goods alleged to have been sold — failure to prove that goods delivered were in accordance with contract as to quality — failure of proof as to passing of title.*

*Maes & Co., Inc., v. Grace & Co.,* 208 App. Div. 833, affirmed.

(Argued October 14, 1924; decided October 21, 1924.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-